JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DERRAL FINCH,<br><br>        Plaintiff,<br><br>  v.<br><br>FELIPE ALVAREZ,<br><br>        Defendant. | Case No. CV 11-4627-AHM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing the Complaint,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 18, 2013

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6