JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN DERRAL FINCH, | ) | Case No. CV 11-4627-AHM (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 18, 2013

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6